**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**COURT FILE NO.: CV – 00-1486 MJD/SRN**

---

John Hagen,

Plaintiff,

-vs-

**STIPULATION AND ORDER TO AMEND PLAINTIFF'S SUMMONS AND COMPLAINT**

Allied Interstate Inc., and
Barb Jensen,

DefendantS.

---

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, by their respective undersigned attorneys, that:

1. Plaintiff will file the attached Amended Summons and Amended Complaint changing the name of Defendant Barb Johnson, as named in the original Complaint, to Barb Jensen, and adding Barb Jensen to the Amended Summons ten (10) days from the date of this Order.

2. Counsel for Defendant Allied Interstate, Inc., Michael L. Brutlag, will duly accept service for both Defendants, and said service will be deemed to be personal service upon each Defendant.

3. Defendants will have twenty (20) days after service of Plaintiff's Amended Summons and Amended Complaint to interpose an Answer or otherwise plead and this stipulation is in no way an admission to the allegations contained in Plaintiff's Amended Complaint; and

4. That this Stipulation is in accordance with Fed.R.Civ.P. 15.

FILED AUG 14 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

**ATTORNEYS FOR PLAINTIFF**

By: ______________________
Peter E. Barry, Esq.
Attorney I.D. No.: 0266577
1560 Beam Avenue, Suite A
Maplewood, Minnesota 55109
Telephone: (651) 714-8800

Dated: July 25, 2000

Thomas J. Lyons Jr.
Attorney I.D. No.: 249646
1560 Beam Avenue, Suite A
Maplewood, Minnesota 55109-1171
Telephone: (651) 770-9707

**ATTORNEY FOR DEFENDANT**

By: ______________________
Michael L. Brutlag
Attorney I.D. No.: 123225
1100 Pillsbury Center
200 South 6th Street
Minneapolis, Minnesota 55402
Telephone: (612) 630-3200

Dated: July 28, 2000

**ORDER**

Pursuant to the foregoing Stipulation, Plaintiff may serve upon the Defendants the Amended Summons and Amended Complaint, which is attached hereto.

LET THE STIPULATION BE ENTERED ACCORDINGLY.

Dated: August 14, 2000

BY THE COURT:

______________________
Susan Richard Nelson, Magistrate Judge
United States District Court