**UNITED STATES DISTRICT COURT**
**STATE OF MINNESOTA**

---

John Hagen,

Plaintiff,

v.

Allied Interstate, Inc.
and Barb Jensen,

Defendants.

File No. 00-1486 MJD/SRN

**STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER**

---

Plaintiff and Defendants, by and through their respective counsel, hereby stipulate and agree that this action may be, and it hereby is, dismissed with prejudice and on the merits, and without an award of costs or disbursements to either party.

Dated: March 15, 2001

**BRUTLAG, HARTMANN & OKONESKI, P.A.**

By: ______________________

Michael L. Brutlag (123225)
Attorneys for Defendants
1100 Pillsbury Center, 200 South 6th Street
Minneapolis, MN 55402-1400
Telephone: (612) 630-3203

Dated: March 30, 2001

**THE BARRY LAW OFFICE, LTD.**

By: ______________________

Peter F. Barry (0266577)
Attorney for Plaintiff
1560 Beam Avenue, Suite A
St. Paul, MN 55109
Telephone: (651) 714-8800

MLB:2166-155.S46

MAR 30 2001
FILED
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK

**ORDER**

Based upon the foregoing Stipulation of counsel, IT IS HEREBY ORDERED that the claims and defenses in the above-captioned action are hereby dismissed with prejudice, and without an award of costs or disbursements to any party.

Dated: March 28, 2001

**BY THE COURT**:

Michael J. Davis
Judge of District Court